No. 12–8161. D'ANTUONO v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 12–8163. ERVIN v. RAPELJE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–8164. CROSS v. KEITH, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–8167. CONTRERAS v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–8171. CHILTON v. KELLY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–8173. SANANTONIO v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–8174. BOOKER v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–8178. RUBENS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–8179. SIMMONS v. PRUDENTI ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–8182. COLEMAN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 12–8183. RIVERA v. CITY OF CHELSEA, MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 12–8190. NAVE v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 12–8192. SHAHIDEH v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–8193. JACKSON v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 12–8198. JACKSON v. DOORY. C. A. 4th Cir. Certiorari denied.